CALLAN (Nancy), by Guardian *ad litem,* Respondent, vs. WICK and another, Appellants.

*January 13—February 11, 1955.*

For the appellants there was a brief by *Hannan, Johnson & Goldschmidt,* attorneys, and *Herbert L. Wible* of counsel, all of Milwaukee, and oral argument by *Mr. Wible.*

For the respondent there was a brief by *Lowry & Hunter* of Waukesha, and oral argument by *Richard N. Hunter.*

FAIRCHILD, C. J. In this action for damages begun by respondent against Joseph R. Wick and his insurer, the Great American Indemnity Company was originally made a party defendant, but the action against it was dismissed by stipulation. Then the case against appellants was argued and submitted with the case of *Callan v. Wick,* ante, p. 68, 68 N. W. (2d) 438. It was decided and is ruled by the decision in that case.

*By the Court.*—Judgment reversed, cause remanded with directions to set aside the judgment and dismiss the complaint.